

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00684-CV

**IN RE THE WILLA PETERS HUBBERD TESTAMENTARY TRUST**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 1986-PC-1440
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the parties' joint motion is GRANTED, this appeal is ABATED, and the cause is REMANDED to the trial court for entry of judgment in conformity with the parties' settlement agreement. Costs of appeal are taxed against Appellants Mary Yturri Dahlman and Colleen A. O'Connell Hubberd, as Independent Executrix of the Estate of Lantz Hubberd.

SIGNED June 26, 2013.

_____
Karen Angelini, Justice